UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ADAM T. LAYTON,<br><br>　　　　　　Defendant. | Case No. MJ22-517<br><br>DETENTION ORDER |

Mr. Layton is charged with violations of supervised release in the Eastern District of Washington. The Court held a detention hearing on October 25, 2022, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

2. Mr. Layton poses a risk of nonappearance based on a history of failures to appear, noncompliance while under supervision, committing new crimes while under supervision, and history of substance use.

3. Mr. Layton poses a risk of danger due to the nature of the offense, criminal history that includes violent crimes, and repeated pattern of possessing firearms.

DETENTION ORDER - 1

4. Based on these findings, and for the reasons stated on the record, the Court finds that Mr. Layton has not provided clear and convincing evidence that he is unlikely to flee or that he does not pose a danger to the safety of other persons or the community if released pending his initial appearance in the Eastern District of Washington.

5. The record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Layton as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Layton shall be detained pending initial appearance in the Eastern District of Washington and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Layton shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Layton is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Layton, to the United States Marshal, and to the United States Pretrial Services Officer.

//

Dated this 25th day of October, 2022.

*[signature]*
MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3